UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

```
------------------------------------------------------------X
DEBORAH RAIMEY AND LARRY RAISFELD    :
                                     :   No.
                  Plaintiffs,        :
                                     :
         vs.                         :   RULE 7.1(a) STATEMENT
                                     :
WRIGHT NATIONAL FLOOD INSURANCE      :
COMPANY.                             :
                                     :
                  Defendant.         :
------------------------------------------------------------X
```

PURSUANT to Rule 7.1(a) (Formerly Local Civil Rule 1.9) of the Federal Rules Civil Procedure, in order to enable judges and magistrate judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for Plaintiffs, a non-governmental party, certifies that the following are corporate parents, affiliates and/or subsidiaries of said party which are publicly held: NONE.

Dated:  Metairie, LA
        January 17, 2014

                                    Respectfully submitted,

                                    **Gauthier, Houghtaling & Williams, LLP**

                                    By:    *s/Frederick W. Bradley*
                                           Frederick W. Bradley
                                           FB1154
                                           3500 North Hullen Street
                                           Metairie, LA 70002
                                           fred@ghwlegal.com
                                           Telephone: 504-456-8600

                                    Attorneys for Plaintiff