UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------X

IN RE: HURRICANE SANDY CASES

THIS DOCUMENT APPLIES TO:

DEBORAH RAIMEY AND LARRY RAISFELD
V.
WRIGHT FLOOD

Docket No.:
2:14-cv-00461 (JFB)(SIL)(GRB)

14 MC 41
2:14-cv-00461 (JFB)(SIL)(GRB)

INDEX OF EXHIBITS TO PLAINTIFFS' OPPOSITION TO WRIGHT NATIONAL FLOOD INSURANCE COMPANY'S OBJECTIONS TO MAGISTRATE JUDGE GARY BROWN'S ORDER DATED NOVEMBER 7, 2014

**INDEX OF EXHIBITS TO PLAINTIFFS' OPPOSITION TO WRIGHT NATIONAL FLOOD INSURANCE COMPANY'S OBJECTIONS TO MAGISTRATE JUDGE GARY BROWN'S ORDER dated NOVEMBER 7, 2014**

| EXHIBIT | DESCRIPTION |
|---|---|
| 1 | Judge Brown's November 7, 2014 Order |
| 2 | Case Management Order No. 1 |
| 3 | Case Management Order No. 3 |
| 4 | 10/16/2014 Hearing Transcript |
| 5 | Newsday article dated November 24, 2014 discussing FEMA's involvement and the "shock[ed]" reactions of Senators Charles Schumer and Kirsten Gillibrand |
| 6 | FEMA Guide for Write Your Own Counsel |
| 7 | FEMA Bulletin from James Sadler dated November 20, 2014 |
| 8 | Redlined December 9, 2013 Report |
| 9 | Reports from U.S. Forensic used by Travelers, Harleysville, and Allstate |
| 10 | U.S. Forensic report on a New Jersey property |
| 11 | Email from Allan Abbata stating that his report was sent for Peer Review |
| 12 | Email from Public Adjuster Marc Lancaric to Brian Braddish |
| 13 | U.S. Forensic report produced in *Braddish v. Wright* |
| 14 | Independent Engineering reports obtained by other insureds |
| 15 | U.S. Forensic invoices |
| 16 | James Sadler's curriculum vitae |
| 17 | Giovinco letters to Governor Cuomo, Senators and New York Department of Financial Services |

| 18 | Giovinos' appeal to FEMA |
| --- | --- |
| 19 | FEMA's response to the Giovincos' appeal |
| 20 | Giovincos' U.S. Forensic Report |
| 21 | Independent engineering reports obtained by the Giovincos |
| 22 | Hahn's Notice from Brookhaven regarding substantial damage |
| 23 | Hahn's U.S. Forensic Report |
| 24 | FEMA's response to Hahn's appeal |
| 25 | Newsday Article dated July 21, 2013 which details Sadler's outrageous response to insured Stephen Parke's concerns |
| 26 | Independent engineering report obtained by Mr. Hahn |
| 27 | Photos of March 15, 2013 Report |
| 28 | March 18, 2013 HiRise Report |
| 29 | July 2, 2013 letter to Hartford describing the fraudulent conduct |
| 30 | Comparison of Signatures from March 15, 2013 and March 18, 2013 |
| 31 | Dweck Appeal to FEMA |
| 32 | Sadler Denial of Dweck Appeal |
| 33 | August 27, 2013 letter from attorney Bill Treas demanding cooperation |
| 34 | September 17, 2013 letter from Bill Treas threatening substantive denial |
| 35 | September 16, 2013 letter to counsel |