

December 17, 2014

**Via ECF**
Honorable Joseph F. Bianco
UNITED STATES DISTRICT COURT
Eastern District of New York
Long Island Courthouse
100 Federal Plaza
Central Islip, NY 11722

    Re:    *Raimey v. Wright National Flood Insurance Company*
                14-mc-41 and Case 2:14-cv-00461-JFB-SIL

Dear Judge Bianco,

    Pursuant to your request, attached hereto as Exhibits A and B are the emails presented to you at the December 17th oral argument on the Defendant's appeal of the November 7, 2014 Order by Magistrate Judge Brown.

                                                      Sincerely,

                                                      ***/s/ J. Steve Mostyn***

                                                      J. Steve Mostyn

**Mostyn Law Firm**
3810 W. Alabama Street   Houston, Texas 77027   T 713 714 0000   F 713 861 8084   mostynlaw.com

HOUSTON   /   BEAUMONT   /   AUSTIN   /   GALVESTON   1 800 400 4000