| | |
|---|---|
| From: | Ramey, Deborah <dramey@northbellmoreschools.org> |
| Sent: | Tuesday, February 05, 2013 12:28 PM |
| To: | dmaxime@comcast.net |
| Cc: | Debbie Ramey-Home |
| Subject: | Hi David, it's Debbie Ramey |

Hi David,

Please let me know if you have heard anything about 24 Michigan St. I have called the VP of claims, Jeff Moore, 3 times now and have also emailed him. He was to get back to me within 24 hours after we spoke, which was last Monday. There is something definitely wrong here. We are not going to cash that check for Michigan. It is obvious that something is going on, since no one will get back to us about this engineer's report and our questioning of the changes. Is it time to hire a lawyer?

Please let me know if you have heard anything, or can find out anything for us.

Thank you,
Deborah Ramey
6th grade teacher
Newbridge Road School

SAVE A TREE! Please don't print this e-mail unless you really need to. GO GREEN!! This e-mail and any files transmitted with it are confidential and intended solely for the use of the individual or entity to whom they are addressed. Any disclosure, distribution, copying or use of the information by anyone other than the intended recipient, regardless of address or routing, is strictly prohibited. If you have received this message in error, please advise the sender by immediate reply and delete the original message. Personal messages express views solely of the sender and are not attributable to North Bellmore UFSD. The recipient should check this e-mail and any attachments for the presence of viruses. North Bellmore UFSD accepts no responsibility for any damage caused by viruses transmitted by this e-mail.

