**CIVIL CAUSE FOR ORAL ARGUMENT**
BEFORE JUDGE BIANCO

DATE:            12-17-2014                      TIME: 11:00 a.m.  (2 hrs. amd 30 Min.)

CASE NUMBER:     CV 14-0461-JFB

TITLE:           Raimey v. Wright National Flood Ins. Company.

PLTFFS ATTY:     Rene Sigman and Denis Kelly

DEFTS ATTY:      Gerald Nielsen, Patrick Brophy, Timothy Gallagher, Orelia Merchant, Larry Demmons

REPORTER: Ellen Combs                 COURTROOM DEPUTY:   Michele Savona

OTHER:

 X    CASE CALLED.

 X    CONF (HELD / ADJ'D / CONT'D TO_____)

 X    ARGUMENT HEARD / CONT'D TO_____.

 X    DECISION: Reserved

**OTHER:**   Letter is to be submitted to the court by 12/23/14.