UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------X

IN RE: HURRICANE SANDY CASES

THIS DOCUMENT APPLIES TO:

DEBORAH RAIMEY AND LARRY RAISFELD
V.
WRIGHT FLOOD

Docket No.:
2:14-cv-00461 (JFB)(SIL)(GRB)

14 MC 41

2:14-cv-00461 (JFB)(SIL)(GRB)

### INDEX OF EXHIBITS TO PLAINTIFFS' MOTION REQUESTING SHOW CAUSE HEARING

| EXHIBIT | DESCRIPTION |
|---|---|
| 1 | Request for Engineer |
| 2 | December 9, 2012 U.S. Forensic Report |
| 3 | Garove's Redlined version of Hernermar's December 9, 2012 report |
| 4 | December 28, 2012 U.S. Forensic Report |
| 5 | Hernemar's file produced at the October 16, 2014 hearing (Hearing Ex. 7) |
| 6 | City of Long Beach Notice of Determination |
| 7 | Wright Flood's Activity Log |
| 8 | Cell phone photos of December 9th report taken by Bob Kaible |
| 9 | January 25, 2013 U.S. Forensic Supplemental Report |
| 10 | January 26, 2013 emails from Plaintiff Deborah Ramey to Adjuster David Maxime |
| 11 | January 27-28, 2013 emails between Gary Bell and George Hernemar |
| 12 | January 28, 2013 U.S. Forensic Supplemental Report |
| 13 | February 5, 2013 email from Plaintiff Deborah Ramey to Adjuster David Maxime |
| 14 | February 11-12, 2013 email from Jeff Moore to Plaintiff Deborah Ramey |
| 15 | Letters and emails from Plaintiffs' counsel requesting the signed and sealed January 7th report |
| 16 | Letter from Bill Treas at Nielsen, Carter & Treas in *Dweck v. Hartford*, similarly threatening the Dwecks for confronting them with falsified reports |