| Create Date | Created By | Log Note Type | Log Note Subject | Log Note | Doc Status |
|---|---|---|---|---|---|
| 11/7/2013 3:03:01 PM | Larocca | Status | | This file is in review. | In AS400 |
| 8/29/2013 12:56:47 PM | Gkreicha | Contact | | Told PA how to file supp. | In AS400 |
| 8/6/2013 12:03:25 AM | SYSTEM | SYSTEM | | Final Escheat Letter Sent, Check Number: 793645 | |
| 5/21/2013 12:40:11 PM | Larocca | Status | | Sent Atty Letter | In AS400 |
| 5/21/2013 12:03:14 AM | SYSTEM | SYSTEM | | Second Escheat Letter Sent, Check Number: 793645 | |
| 5/20/2013 4:15:41 PM | Larocca | Status | | Sent letter to Attorney. | In AS400 |
| 4/16/2013 5:13:28 PM | Kjsutter | Contact | | Mr. Ramey called in regards to his engineer report. | In AS400 |
| 4/16/2013 2:20:24 PM | Larocca | Status | | Sent denial letter to CW for review. | In AS400 |
| 4/16/2013 12:03:25 AM | SYSTEM | SYSTEM | | Second Escheat Letter Sent, Check Number: 788056 | |
| 4/15/2013 7:18:08 PM | Cjwhitfi | Status | | Rtd call to Mr. Ramey - left a vmail msg to rt my call. Insd# 516-635-3813. | In AS400 |
| 4/11/2013 4:14:27 PM | Gkreicha | Contact | | Transferred to CW's voice mail.Â  Mr. Robert Ramey, husband of Deborah the insured. | In AS400 |
| 4/10/2013 3:02:00 PM | Larocca | Status | | If Insured calls please refer to CW. | In AS400 |
| 4/10/2013 2:56:40 PM | Kakeefe | Status | | Transfered insd to CWhitfield | In AS400 |
| 4/8/2013 11:31:27 AM | Kjsutter | Contact | | Carol called in regards to the second half of her engineer suppl claim. I called CC and spoke with David the adjuser and I asking him to call Carol at 516-521-5194, and give Caorl and update. | In AS400 |
| 3/25/2013 | | | | Michelle Koslow, agent. Advised payment on 02/20/2013 was for a | In |

| | | | | | |
|---|---|---|---|---|---|
| 4:54:01 PM | Jajames | Status | | supp. | AS400 |
| 3/13/2013 3:51:03 PM | Larocca | Resolution - Closing | | File closed | In AS400 |
| 2/20/2013 3:22:19 PM | Larocca | Resolution - Closing | | Received supplemental estimate. Payment Amount $11620.48 Sent on rapid basis. Insured is not signing POL until she gets a contractor. Adjuster allowed a minium charge to sand float finished exterior wall stucco less $13.80 allowed in previous to clean the exterior. Allowed to replace 25SF of siding less allowance to remove and reinstall siding. Allowed 26.9 SY to paint finish stucco wall. Allowance to replace concrete block pier, jack and relevel. | In AS400 |
| 2/20/2013 3:19:02 PM | LAROCCA | SYSTEM | | ER Expense Reserve Change CLT001/001 From: 411.85 To: .00 | |
| 2/20/2013 3:19:02 PM | LAROCCA | SYSTEM | | UR A&O Expense Reserve Change CLT001/001 From: 411.85 To: .00 | |
| 2/20/2013 3:19:02 PM | LAROCCA | SYSTEM | | Feature BLDG Closed on 02/20/13 | |
| 2/20/2013 3:18:05 PM | LAROCCA | SYSTEM | | Requested check for feature BLDG Check Type: Indemnity for $11620.48 On 02/20/13 Issued to: DEBORAH RAMEY and LARRY CAROL RAISFELD Reason code: F15R - BUILDING (R) | |
| 2/20/2013 3:17:31 PM | LAROCCA | SYSTEM | | EN New Expense Reserves CLT001/001 From: .00 To: 411.85 | |
| 2/20/2013 3:17:31 PM | LAROCCA | SYSTEM | | UN A&O New Expense Reserves CLT001/001 From: .00 To: 411.85 | |
| 2/20/2013 3:17:31 PM | LAROCCA | SYSTEM | | IN New Indemnity Reserves CLT001/001 From: .00 To: 11620.48 | |
| 2/20/2013 3:15:50 PM | LAROCCA | SYSTEM | | Feature BLDG Re-Opened on 02/20/13 | |
| 1/29/2013 2:56:43 PM | Jwgriffi | Expert | Engineer Supplement | Received supplemental engineer report and reviewed:Â  Engineer determined based on inspection can not rule out the flood waters damaged the lower reaches of te exterior siding material at the West end of the South wall and displaced a leveling block from between the pier and beam in crawlspace.Â  // AÂ  repair protocol is attached // Will send to adjusting co so the findings can be incorporated into the final report. | In AS400 |
| 1/25/2013 3:46:52 PM | Larocca | Settlement Authority | | Emailed JM and CW to contact Insured. | In AS400 |

| | | | | | |
|---|---|---|---|---|---|
| 1/25/2013 3:46:28 PM | Larocca | Status | | Advised insured numerous times that the manager would speak to her in depth about her concerns with the engineer. The insured is Deborah Ramey and she gave permission to speak with her husband Bob.their phone # is 516 521 1594 and 516 635 3813. | In AS400 |
| 1/25/2013 3:30:53 PM | Larocca | Status | | Spoke w/Insured advised would refer concerns to manager. | In AS400 |
| 1/22/2013 7:43:42 AM | Larocca | Settlement Authority | | Spoke w/Gary he is sending out another engineer. Sand is being removed from piers in question. | In AS400 |
| 1/21/2013 11:51:42 AM | Larocca | Status | | Per insured sand is being removed today and she wants another engineer to come out. Contacted US Forensics advised to contact insured so they can reinspect around piers in question. The sand is being removed around these piers. | In AS400 |
| 1/21/2013 7:31:27 AM | Larocca | Status | | The insured had already been advised that once the sand is removed we will send the engineer back out to inspect the piers. | In AS400 |
| 1/19/2013 2:47:17 PM | Kjsutter | Contact | | Insureds are requesting another engineer to come out to the property. | In AS400 |
| 1/19/2013 2:45:26 PM | Kjsutter | Contact | | Insured gave permission to talke with mother in law. | In AS400 |
| 1/17/2013 12:00:11 PM | Larocca | Status | | Correction. Will leave file open for diary until sand removal and engineer is sent back out. Did not send letter yet. | In AS400 |
| 1/17/2013 11:58:43 AM | Larocca | Status | | Paid and closed file. However, waiting for insured to call back after sand removal so engineer can be sent back out to look at piers in question. Once engineer goes back out will notify adjuster. ICC letter sent out by Maria. Will reopen file if supplemental. | In AS400 |
| 1/17/2013 11:56:54 AM | LAROCCA | SYSTEM | | IR Indemnity Reserve Change CLT001/001 From: 32237.06 To: .00 | |
| 1/17/2013 11:56:54 AM | LAROCCA | SYSTEM | | Feature BLDG Closed on 01/17/13 | |
| 1/17/2013 11:56:48 AM | LAROCCA | SYSTEM | | Requested check for feature BLDG Check Type: Expense for $2688.56 On 01/17/13 Issued to: COLONIAL CLAIMS CORPORATION Reason code: F14 - PAYMENT TO VENDOR OF GOODS OR SERVICES. (EXPENSE) APP/ADJ/ATT | |
| 1/15/2013 | Mmhopkin | Correspondence | ICC | Sent ICC Req letter. | In |

| Date/Time | User | Type | | Note | Source |
|---|---|---|---|---|---|
| 2:33:13 PM | | Sent | | | AS400 |
| 1/15/2013 10:08:34 AM | Larocca | Status | | Received interim report. Spoke w/adjuster. Paid insured based off of report. Adjuster to send in billling. Received additional photographs from Gary Bell. However, still no photos of piers covered by sand. Advised Insured to remove sand and to call back once removed. We will send engineer back out to inspect and will notify adjuster. | In AS400 |
| 1/15/2013 10:05:41 AM | LAROCCA | SYSTEM | | Requested check for feature BLDG Check Type: Indemnity for $47762.94 On 01/15/13 Issued to: DEBORAH RAMEY and LARRY CAROL RAISFELD Reason code: F15R - BUILDING (R) | |
| 1/15/2013 10:04:48 AM | LAROCCA | SYSTEM | | ER Expense Reserve Change CLT001/001 From: 1500.00 To: 2688.56 | |
| 1/15/2013 10:04:48 AM | LAROCCA | SYSTEM | | UR A&O Expense Reserve Change CLT001/001 From: 1500.00 To: 2688.56 | |
| 1/14/2013 10:42:23 AM | Larocca | Status | | Called US Forensic and left message for Gary B. Does engineer have additional photographs of the crawl piers? Need photographs of piers closest to the left side of the home. Was it covered w/sand at time of inspection? | In AS400 |
| 1/12/2013 2:54:25 PM | Larocca | Status | | Called Ms. Ramey advised file in review as well as Engineer report. She can be reached at 516 521 1594. Adjuster David Maxime 251 232-2099 Pre firm elevated Zone AE Dwelling $250,000.00 ded $2000 Date of construction 1/1/1970 Date of loss 10/29/12 Assignment 11/1/12 Exterior water 37" Interior 11" for 1 day 18 hours. File in review. | In AS400 |
| 1/11/2013 4:38:27 PM | Jswisins | Status | | Email sent to J. Griffith fwd. to R. Perez requesting an examiner look at this claim and eng. rpt. | In AS400 |
| 1/10/2013 7:13:17 PM | Jswisins | Status | | Spoke with insured, who disputes engineer rpt. Says that, due to all the sand around the foundation and the 3' of sand in crawl space, eng. couldn't even examine foundation and crawl space. Contacting Joe Griffith. | In AS400 |
| 1/10/2013 6:51:53 PM | Jswisins | Status | | Adj. informed insured that final rpt. will be completed this weekend. | In AS400 |
| 1/9/2013 5:54:02 PM | Alwhaley | Status | | emailed copy of the egineer report to insured. Carol @ laarouge@aol.com per request | In AS400 |
| | | | | Received engineer report and reviewed: The engineer determined the | |

| Date/Time | User | Type | Subtype | Note | Location |
|---|---|---|---|---|---|
| 1/8/2013 4:20:28 PM | Jwgriffi | Expert | Engineer Report | insured building was not structurally damaged by or from the flood. The uneven roof slopes, leaning exterior walls, and uneven floor surfaces within the bldgÂ occurred prior to the flood event and was caused by differential movement and deflection unrelated to the flood. Will forward report to the adjusting co so the findings can be incorporated into the final report. | In AS400 |
| 1/8/2013 3:32:46 PM | JWGRIFFI | SYSTEM | | Requested check for feature BLDG Check Type: Expense for $2240.00 On 01/08/13 Issued to: US FORENSIC Reason code: F14M - EXPENSE - FLOOD - EXPERT | |
| 1/8/2013 3:32:28 PM | JWGRIFFI | SYSTEM | | ER Expense Reserve Change CLT001/001 From: 1500.00 To: 3740.00 | |
| 1/8/2013 3:32:28 PM | JWGRIFFI | SYSTEM | | UR A&O Expense Reserve Change CLT001/001 From: 1500.00 To: 3740.00 | |
| 1/3/2013 6:06:14 PM | Rpjohnso | Status | | claim status, advised waiting on final report | In AS400 |
| 1/3/2013 3:37:35 PM | Mmhopkin | Correspondence Sent | ICC | Sent ICC Req letter. | In AS400 |
| 1/3/2013 11:27:01 AM | Jswisins | Status | | Adj. emailed me that he called insured and is waiting for add'l info from insured. Left msg. with insured to inform him we should have engineer rpt. sometime next week. | In AS400 |
| 1/3/2013 9:38:27 AM | Jswisins | Status | | Emailed adj. to follow up on call to insured. | In AS400 |
| 12/26/2012 5:05:28 PM | Jswisins | Status | | Contacted adj. and asked him to call insured to answer his questions. | In AS400 |
| 12/26/2012 4:50:58 PM | Jswisins | Status | | Insured called for status on engineer report and final report from adjuster. He is unable to touch the house, and is waiting to see if the house must be demolished. Emailed Joe Griffith to expedite engineer report. | In AS400 |
| 12/26/2012 4:14:47 PM | Jswisins | Contact | | Insured authorized that her husband, Robert Kaible, may inquire on her behalf. | In AS400 |
| 12/26/2012 12:40:33 PM | Alwhaley | Status | | insured called for claim status, advised waiting on final report. Advised insured of the process and referred to CCC. | In AS400 |
| 12/20/2012 2:23:37 PM | Mblawren | Settlement Authority | | Called for engineer, did another followup with mr. Griffith. | In AS400 |
| | | | | Requested check for feature BLDG Check Type: Indemnity for | |

| | | | | | |
|---|---|---|---|---|---|
| 12/19/2012 3:15:13 PM | MLBAMBA | SYSTEM | | $20000.00 On 12/19/12 Issued to: DEBORAH RAMEY and LARRY CAROL RAISFELD Reason code: P15 - ADVANCE BLDG (PARTIAL) | |
| 12/19/2012 2:56:40 PM | SPBOYLAN | SYSTEM | | IS Indemnity Payment Stopped Check#: 0777062I | |
| 12/19/2012 12:44:55 PM | Mblawren | Status | | Lender removed, e-mailed to request a stop/re-issue. | In AS400 |
| 12/18/2012 4:43:50 PM | Mblawren | Status | | Received documents to remove IndyMac mortgage. I e-mailed them for review, once I hear back, I will do the stop payment/re-issue. | In AS400 |
| 12/6/2012 5:26:37 PM | Jajames | Status | | Â PH states never had Indymac Mortgage. Advised when policy originated, Indymac was on there. States mortgage paid off. Advised need payoff letter. Fax to 8772704329 attn Edwin Soto. | In AS400 |
| 11/28/2012 6:32:57 PM | Gkreicha | Contact | | Husband called about Eng.Â He requested that this be expedited.Â Told him that I would email JG to get Eng the additional phone provided.Â Email sent to JG. | In AS400 |
| 11/26/2012 9:36:39 AM | Sdhill | Status | | Spoke with insured regarding status of engineer, emailed JGriffith to expedite having US Forensic to contact insured to make an appointment. | In AS400 |
| 11/26/2012 8:53:00 AM | Mblawren | Status | | Insured called to inquire status | In AS400 |
| 11/19/2012 3:03:11 PM | Jwgriffi | Expert | Assigned to US Forensic | Assigned to US Forensic â€" Investigate Structural damages as noted in request and photos. | In AS400 |
| 11/14/2012 10:42:57 AM | Rlcamus | Correspondence Received | | Rcvd advance req for 20k bldg. Issued | In AS400 |
| 11/14/2012 10:42:36 AM | RLCAMUS | SYSTEM | | Requested check for feature BLDG Check Type: Indemnity for $20000.00 On 11/14/12 Issued to: DEBORAH RAMEY and LARRY CAROL RAISFELD and Reason code: P15 - ADVANCE BLDG (PARTIAL) | |
| 11/14/2012 12:00:00 AM | Rlcamus | Payment | Advance or Check Request Issued | Advance or Check Request Issued | In AS400 |
| 11/13/2012 5:40:12 PM | CFSCANLA | SYSTEM | | IR Indemnity Reserve Change CLT001/001 From: 20000.00 To: 100000.00 | |

| Date | User | Type | Subject | Description | Location |
|---|---|---|---|---|---|
| 11/11/2012 12:00:00 AM | EPITOME | Administrative | Automatic 10 day email | Automatic 10 day email reminder sent out | In AS400 |
| 11/1/2012 5:36:48 PM | GALUMPKI | SYSTEM | | no mortgagee should be listed on policy. | |
| 11/1/2012 5:36:48 PM | GALUMPKI | SYSTEM | | No Prior Losses Found for Policy 31-2510216872- | |
| 11/1/2012 5:36:48 PM | GALUMPKI | SYSTEM | | LR-PRP-09P (FNOLI) Automated Loss Letter Sent 11/01/12 | |
| 11/1/2012 5:36:48 PM | $APPRASN | SYSTEM | | Field Assignment Printed For ALE 010-2502-00 - COLONIAL CLAIMS CORPORATION On 11/01/2012 For Claimant 001 | |