

# U.S. Forensic
### Engineering • Inspection • Failure Analysis

## USF Report No. 12.22.1304

## Building Damage Evaluation

Location of Loss:
Ramey Residential Building
24 Michigan Street
Long Beach, New York 11561-1309

Claim No. 12-13381

Prepared for:
Joseph Griffith
Fidelity National Property & Casualty Insurance Company
P.O. Box 33064
St. Petersburg, Florida 33733-8064

Prepared by:
U.S. Forensic, LLC
3300 West Esplanade Avenue, Suite 601
Metairie, Louisiana 70002

Engineer of Record:
George Hernemar, P.E.
New York Registration No. 088718

New Orleans • Lafayette • Orlando • Tampa • West Palm Beach • Jacksonville • Destin
Miami • Memphis • Charlotte • Columbia • Hattiesburg • Picayune • Dallas
Toll Free: (877) 487-3131 Fax: (888) 436-3092 www.usforensic.com

EXHIBIT 8

...date, we offer the

1) The physical evidence observed at the property indicated that the subject building was structural damaged by hydrodynamic forces associated with the flood event of October 29, 2012. The hydrodynamic forces appear to have caused the foundation walls around the south-west corner of the building to collapse.

) The extent of the overall damages of the building, its needed scope of repair combined with the age of the building and its simple structure, leads us to conclude that a repair of the building is not economically viable.

...wing opinions:

1) The physical evidence observed at the property indicated that the subject building was structural damaged by hydrodynamic forces associated with the flood event of October 29, 2012. The hydrodynamic forces appear to have caused the foundation walls around the south-west corner of the building to collapse.

2) The extent of the overall damages of the building, its needed scope of repair combined with the age of the building and its simple structure, leads us to conclude that a repair of the building is not economically viable.

...ce observed at the property indicated that the subject ...ural damaged by hydrodynamic forces associated with the ... of October 29, 2012. The hydrodynamic forces appear to have caused the foundation walls around the south-west corner of the building to collapse.

2) The extent of the overall damages of the building, its needed scope repair combined with the age of the building and its simple structure, le us to conclude that a repair of the building is not economically viable.