| | |
|---|---|
| **From:** | Deborah Ramey-Kaible <lared1@optonline.net> |
| **Sent:** | Saturday, January 26, 2013 1:39 PM |
| **To:** | DMAxime@comcast.net |
| **Cc:** | Debbie Ramey school; Mom home |
| **Subject:** | ORIGINAL SUBMITTED BY ENGINEER FOR 24 MICHIGAN |
| **Categories:** | Red Category |

# THIS WAS THE ORIGINAL SUBMITTED BY ENGINEER

1

EXHIBIT 10

Raimey-Colonial(Maxime) 0350
(Raimey Order 11-07-14)

## Results and Conclusions

Based upon the information obtained and c[...] following opinions:

1) The physical evidence observed at the [...] building was structural damaged by hy[...] the flood event of October 29, 2012. T[...] have caused the foundation walls aro[...] building to collapse.

2) The extent of the overall damages o[...] repair combined with the age of the bu[...] us to conclude that a repair of the buil[...]

2

| | |
|---|---|
| **From:** | Deborah Ramey-Kaible <lared1@optonline.net> |
| **Sent:** | Saturday, January 26, 2013 1:43 PM |
| **To:** | dmaxime@comcast.net |
| **Cc:** | Debbie Ramey Home; Mom home |
| **Subject:** | REPORT WE RECEIVED FOR 24 MICHIGAN |
| **Categories:** | Red Category |

REPORT WE RECEIVED FOR 24 MICHIGAN
-VERY DIFFERENT THAN THE ORIGINAL WHICH LEADS US TO BELIEVE THAT THIS REPORT WAS FALSIFIED, AND WE WILL CONTINUE TO PURSUE THIS WITH THE INSURANCE COMPANY, US FORENSIC. AND OTHERS.  SOMEONE NEEDS TO BE HELD ACCOUNTABLE FOR THIS.  WE ARE VICTIMS OF A HURRICANE, DISPLACED FROM OUR HOME AND HAVING TO DEAL WITH THIS IN ADDITION.

1

USF Report No. 12.2

## Results and Conclusions

Based upon the information obtained and co[...] following opinions:

1) The physical evidence observed at the pr[...] building was not structurally damaged by h[...] forces, scour or erosion of the supporting [...] floodwaters associated with the subject flo[...]

2) The physical evidence observed at the su[...] uneven roof slopes, leaning exterior wall[...] within the interior of the building, were th[...] movement of the building and foundatio[...] differential movement of the supporting [...] deflection of the building framing.

2

| | |
|---|---|
| **From:** | Deborah Ramey-Kaible <lared1@optonline.net> |
| **Sent:** | Saturday, January 26, 2013 1:44 PM |
| **To:** | DMaxime@comcast.net |
| **Cc:** | Debbie Ramey Home; Mom home |
| **Subject:** | COVER LETTER SUBMITTED BY THE ENGINEER |

# COVER LETTER SUBMITTED BY THE ENGINEER

1

Raimey-Colonial(Maxime) 0327
(Raimey Order 11-07-14)



Raimey-Colonial(Maxime) 0328
(Raimey Order 11-07-14)

| | |
|---|---|
| From: | Deborah Ramey-Kaible <lared1@optonline.net> |
| Sent: | Saturday, January 26, 2013 1:46 PM |
| To: | Dmaxime@comcast.net |
| Cc: | Debbie Ramey Home; Mom home |
| Subject: | COVER LETTER WE RECEIVED |

# COVER LETTER WE RECEIVED

